# Conner *v.* The State.

### Crime.

(Decided March 23, 1917.   74 South. 754.)

**Appeal and Error; Disposition of Case; Resubmission.**—After the Court of Appeals had affirmed its judgment, it is a final disposition of the case, and the court will not disturb the judgment upon a resubmissoin.

APPEAL from Autauga Circuit Court.

Heard before Hon. W. W. PEARSON.

One Conner was convicted of crime, and he appeals.   The Judgment was affirmed on certificate and on motion of appellant, the certificate was recalled and the case resubmitted on briefs. Cause stricken from the docket and certificate of affirmance issue.   See *Conner v. State,* 14 Ala. App. 675, 70 South. 1015.

GUY RICE, for appellant.   W. L. MARTIN, Attorney General, for the State.

BROWN, P. J.—The judgment of the trial court was affirmed by this court on December 16, 1915, and on application of appellant the certificate of affirmance was recalled on December 20, 1915.   No other steps were taken or orders made in the case until January 11, 1917, when the case was again submitted on briefs.

The judgment of affirmance was a final disposition of the case by this court; and the court cannot now disturb that judgment.—*Roll v. Howell, infra,* 73 South. 218.   An order will therefore be entered striking the case from the docket and directing that the certificate of affirmance be reissued.

Case stricken from the docket.